IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 06-21476-CIV-MOORE/WHITE
Case No. 98-140-CR-MOORE

MANUEL A. RESENDEZ,

      Plaintiff,

vs.

UNITED STATES OF AMERICA,

      Defendant.
_____/

### ORDER DENYING PLAINTIFF'S NOTICE OF APPEAL, CONSTRUED AS A PETITION FOR CERTIFICATE OF APPEALABILITY

THIS MATTER is before the Court upon Plaintiff's Notice of Appeal (DE #8). A prisoner appealing denial of a petition brought under 28 U.S.C. § 2254 must first obtain a Certificate of Appealability. Miller-El v. Cockrell, 537 U.S. 322, 327 (2003). "District Courts must treat notices of appeal filed by petitioners following a denial of either a section 2254 or a section 2255 petition as applications for COAs." Edwards v. United States, 114 F.3d 1083, 1084 (11th Cir. 1997). A Certificate of Appealability shall issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). After a review of the record, the Court finds that Petitioner has not raised an issue regarding the denial of a constitutional right which could be debatable among reasonable jurists, or is otherwise reasonably adequate to warrant further proceedings. Miller-El, 537 U.S. at 327, 336-38. Accordingly it is,

ORDERED and ADJUDGED that Plaintiff's Notice of Appeal (DE #8) is DENIED. As such, Plaintiff's Motion to Proceed In Forma Paupers on Appeal (DE #9) is DENIED AS MOOT.

This case is to remain CLOSED. All pending motions not yet ruled upon are DENIED AS MOOT.

DONE and ORDERED in Chambers at Miami, Florida, this 25th day of October, 2006.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: Manuel A. Resendez, Pro Se

All counsel of record

U.S. Magistrate Judge White

Clerk of Court, United States Court of Appeals for the Eleventh Circuit